UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael O'Grady,

    Plaintiff,

v.                                              Civ. No. 05-2203 (JNE/JJG)
                                              ORDER
Robert M.A. Johnson, Daniel Klint,
Synthia O'Grady, Mort McBain,
Thomas Finley, and Scott Corbett,

    Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on July 19, 2006. Plaintiff objected. The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Thomas Finley and Scott Corbett's Motion to Dismiss [Docket No. 4] is GRANTED.

2. Plaintiff's Complaint against Thomas Finley and Scott Corbett is DISMISSED WITHOUT PREJUDICE.

3. Thomas Finley and Scott Corbett's Motion to Strike [Docket No. 51] is DENIED AS MOOT.

4. Mort McBain's Motion to Dismiss [Docket No. 60] is GRANTED.

5. Plaintiff's Complaint against Mort McBain is DISMISSED WITHOUT PREJUDICE.

6. Robert Johnson and Daniel Klint's Motion to Dismiss or in the alternative for Summary Judgment [Docket No. 20] is GRANTED.

7. Plaintiff's Complaint against Robert Johnson and Daniel Klint is DISMISSED WITHOUT PREJUDICE with the exception of Plaintiff's first cause of action, which is DISMISSED WITH PREJUDICE.

8. Synthia O'Grady's Motion to Dismiss or in the alternative for Summary Judgment [Docket No. 67] is GRANTED.

2

9. Plaintiff's Complaint against Synthia O'Grady is DISMISSED WITHOUT PREJUDICE with the exception of Plaintiff's first cause of action, which is DISMISSED WITH PREJUDICE.

10. Plaintiff's Motion for Default Judgment [Docket No. 12] is DENIED.

11. Plaintiff's Motion for Preliminary Injunction [Docket No. 80] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 18, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge